Decided September 14, 1994

JOAN ERISOTY *v.* MERROW MACHINE COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 708 (AC 12341), is denied.

*Leon M. Rosenblatt,* in support of the petition.

*Richard A. Mills, Jr.,* and *Sheila Huddleston,* in opposition.

Decided September 14, 1994